IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. PISKANIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| US ATTORNEY EDPA, et al. | : | NO. 13-7677 |

## ORDER

AND NOW, this 13th day of March, 2014, upon consideration of plaintiff's motion to reopen and his related motion to proceed *in forma pauperis*, it is ORDERED that:

1. The motion to reopen and the motion to proceed *in forma pauperis* are DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days of the date of this Order.

3. The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

LAWRENCE F. STENGEL, J.